IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41319
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ORLANDO GARZA, also known as Lar,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-96-CR-314-1
--------------------
January 31, 2000

Before DAVIS, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[1]

Orlando Garza (Garza) appeals his guilty-plea conviction for conspiracy to possess with intent to distribute in excess of 1,000 kilograms of marijuana.  Garza contends that the district court erred in calculating the amount of drugs attributable to him.

Garza contends that the district court erred in calculating the amount of marijuana attributable to him because the information on which the district court relied did not possess sufficient indicia of reliability.  This court reviews a district court's factual findings concerning the quantity of drugs implicated by the crime for clear error.  United States v. Davis, 76 F.3d 82, 84 (5th

_____

    [1]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Cir. 1996).  Our review of the record reveals no clear error in the district court's finding that approximately 12,000 kilograms of marijuana was attributable to Garza owing to the role he played in the conspiracy.

AFFIRMED.